OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 4, 2019  **Time:** 11:46 – 12:31 = 45 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-01281-EMC  **Case Name:** Drone Labs, LLC v. Dedrone Holdings, Inc.

**Attorneys for Plaintiff:** Daniel Garza, Mario Moya
**Attorneys for Defendant:** Marc Belloli, Jeremiah Armstrong

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Marla Knox

PROCEEDINGS

[26] Motion to Dismiss – held.

Initial Case Management Conference - held.

SUMMARY

Parties stated appearances and proffered argument.

Court grants motion with leave to amend.

Initial Case Management Conference:

Court ordered parties to submit ESI model protective order (including two sections) as discussed on the record.

Court further ordered parties to meet and confer in person.

Further Case Management Conference set August 8, 2019 at 10:30 a.m. unless Motion for Leave to Amend Complaint is also scheduled, which would change the time to 1:30 p.m. for both matters.