ERNEST W. ("BUTCH") BOYD (TX Bar No. 0783694)
ROBERT DANIEL GARZA (TX Bar No. 24097730)
BUTCH BOYD LAW FIRM
2905 Sackett Street
Houston, Texas 77098
Telephone: 713.589.8477
Fax: 713.589.8563
Email:  butchboyd@butchboydlawfirm.com
        danielgarza@butchboydlawfirm.com

MARIO A. MOYA (CA Bar No. 262059)
REBECCA M. HOBERG (CA Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:  510.926.6521
Fax: 510.340.9055
Email:  mmoya@moyalawfirm.com
        rhoberg@moyalawfirm.com

Attorneys for Plaintiff
DRONE LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRONE LABS, LLC, a Texas limited liability company;<br><br>        Plaintiff,<br><br>  vs.<br><br>DEDRONE HOLDINGS, INC., a Delaware corporation; and DOES 1–25, inclusive,<br><br>        Defendants. | Case No. 3:19-cv-01281-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>[Civil L.R. 6.2(a)] |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
1

Plaintiff Drone Labs LLC and Defendant Dedrone Holdings, Inc. hereby submit this Stipulated Request to Extend Time to complete the in-person meet-and-confer conference concerning discovery and other matters pursuant to the Court's case management order dated June 4, 2019.

**Background**

On June 4, 2019, the Court held a hearing on Dedrone Holdings, Inc.'s motion to dismiss the first amended complaint ("FAC"), in addition to the parties' initial case management conference. At the case management conference and in its written order issued June 5, the Court, among other things, ordered the parties to meet and confer in-person about certain matters, including the opportunity for an informal exchange of information for the purposes of evaluating potential infringement or lack thereof within thirty (30) days. *See* Order Granting Defendant's Motion to Dismiss at ¶ 8 (Dkt. No. 37).

Defendant has offered to produce Dedrone's CTO (who live in Germany) in Menlo Park on June 25th, 26th, or 27th to discuss these matters. However, lead counsel for Plaintiff is currently in trial in the 152nd Judicial District Court of Harris County, Texas in Case No. 2016-09407, *K. Griff Investigations, Inc., et al. v. Cronin, Riordan & Whitman Security Consultants, et al.*, and is unable to complete the in-person discovery conference within thirty days as ordered by the Court. Accordingly, the parties' jointly request an extension of thirty days to complete the in-person discovery and informal exchange of information by August 4, 2019.

Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel has agreed to extend the time for the independent discovery and to present Dedrone's CTO and conduct the in-person independent discovery. Accordingly, the parties respectfully request a brief extension of the deadline previously set by the Court.

**Stipulation**

Based on these facts, the Parties believe that good cause is shown. A brief continuance of the Court's deadline for informal discovery is necessary to give the parties adequate time to meet and confer on the matters contemplated by the Court's order and with the full participation of Plaintiff's lead counsel. The Parties believe this continuance would be in the interest of judicial economy and would allow for a more efficient and productive discussion about potentially

dispositive matters.  Apart from the foregoing, the Parties agree that this stipulation would not modify any other deadlines in the current case schedule.

The Parties have previously requested one prior time modifications with respect to the Case Management Conference, which was granted, but this is the first request for modification of the deadline set by the Court's June 5 order.  *See* Civil L.R. 6-2(a)(2).

This request is made in good faith and not for any improper purpose.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: June 17, 2019 | MOYA LAW FIRM |
|  | */s/ Mario A. Moya* |
|  | Mario A. Moya |
|  | Attorneys for Plaintiff<br>Drone Labs, LLC |
| DATED: June 17, 2019 | FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP |
|  | */s/ Marc Belloli* |
|  | Marc Belloli |
|  | Attorneys for Defendant<br>Dedrone Holdings, Inc. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____                    HON. EDWARD M. CHEN

                                                           _____
                                                           U.S. District Judge
                                                           Northern District of California

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
3