ERNEST W. ("BUTCH") BOYD (TX Bar No. 0783694)
ROBERT DANIEL GARZA (TX Bar No. 24097730)
BUTCH BOYD LAW FIRM
2905 Sackett Street
Houston, Texas 77098
Telephone: 713.589.8477
Fax: 713.589.8563
Email:  butchboyd@butchboydlawfirm.com
        danielgarza@butchboydlawfirm.com

MARIO A. MOYA (CA Bar No. 262059)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:  510.926.6521
Fax: 510.340.9055
Email:  mmoya@moyalawfirm.com
        rhoberg@moyalawfirm.com

Attorneys for Plaintiff
DRONE LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRONE LABS, LLC, a Texas limited liability company;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEDRONE HOLDINGS, INC., a Delaware corporation; and DOES 1–25, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-01281-EMC<br><br>FURTHER JOINT CASE MANAGEMENT STATEMENT |

FURTHER JOINT CASE MANAGEMENT STATEMENT

Plaintiff Drone Labs LLC and Defendant Dedrone Holdings, Inc. hereby submit this Further Joint Case Management Conference Statement pursuant to N.D. Cal. L.R. 16-10(d) in advance of the August 29, 2019 Case Management Conference.

<u>Date of Case Management Conference/Motion Hearing</u>:  Defendant Dedrone Holding, Inc.'s motion to dismiss Plaintiff's second amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) is scheduled for hearing on August 29, 2019, which is the same date as this case management conference.

**Update:**

The parties provide the following update to the Court:

<u>Protective Order and ESI Stipulation</u>:  Per the Court's June 5 Order Granting Defendant's Motion to Dismiss, the parties have submitted (and the Court has entered) both the (i) Stipulation & Order Re: Discovery of Electronically Stored Information for Patent Litigation, and (ii) Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.  Both stipulations were filed July 26, 2019 and entered on July 29, 2019.

<u>Northern District's ESI Checklist</u>:  Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, Plaintiff's counsel had an informal meeting with Defendant's counsel and Defendant's CTO on July 31, 2019 to review portions of the source code for the accused product(s), so that Plaintiff can evaluate Defendant's claim that the accused devices do not infringe the patent at issue.

Plaintiff is currently evaluating the technical information provided during the July 31st meeting, and, in order to avoid incurring unnecessary cost and expense to the parties while evaluating this information, the parties have agreed to postpone the in-person meet-and-confer as to the ESI checklist until the morning before the next CMC.  The parties have agreed to hold a one-hour, in-person meet-and-confer at the federal courthouse in the hours before the further case management conference set by the Court.

//

//

Intervening Notice of Allowance of Continuation Patent:

**Plaintiff's Position:**  Plaintiff has been informed that the USPTO has granted a continuation application that will issue on Sept. 3, 2019.  Plaintiff intends to amend the complaint to add this patent to the lawsuit once the patent issues, and, in the meantime, requests that the Court carry the current motion to dismiss until after Plaintiff has an opportunity to file a motion for leave to amend the complaint.  Plaintiff wishes to disclose this significant event to the Court so that it may take this matter into consideration in determining whether to enter a final scheduling order.

**Defendant's Position:**  The Court should hear the motion to dismiss the Second Amended Complaint on August 29, 2019 as scheduled. The Second Amended Complaint is the fifth complaint that Plaintiff has filed against Defendant concerning U.S. Patent No. 10,061,018—three complaints in this Court and two in the Eastern District of Texas.  Five times Plaintiff has failed to plead a plausible claim for infringement, and the '018 patent is invalid as a matter of law under 35 U.S.C. § 101.   There is no reason for this case to go forward any longer with respect to the '018 patent.  There is also no reason to give Plaintiff leave to amend in this case with respect to the '018 patent or an unissued patent.   Defendant submits that the Court should rule on the motion to dismiss the Second Amended Complaint now and dispose of the '018 patent.   There is also no motion to amend pending before the Court.  Plaintiff is essentially asking for a stay of its own case without a motion.  Defendant does not want a stay with respect to the current motion to dismiss.  Defendant wants the '018 patent dismissed with prejudice based on Plaintiff's failure to state a claim.

Proposed Schedule:

**Plaintiff's Position:**  Plaintiff's position is that a scheduling order is premature.  To avoid redundancy in scheduling related to the anticipated continuation patent, Plaintiff believes that a proposed schedule of events should be entered once the Court rules on any pending motion to dismiss and decides whether Plaintiff should be granted leave to amend the complaint to include the continuation patent that is expected to issue on Sept. 3.  Plaintiff has not yet served discovery pursuant to the Court's prior order.

**Defendant's Position:** Defendant agrees no schedule should be entered. Defendant submits this case should not continue past Defendant's motion to dismiss the Second Amended Complaint.

Dated: Aug. 22, 2019

Respectfully submitted,

BUTCH BOYD LAW FIRM

*/s/ Daniel Garza*

ERNEST W. ("BUTCH") BOYD
Lead Attorney
Texas Bar No. 00783694
butchboyd@butchboydlawfirm.com
ROBERT DANIEL GARZA
Texas Bar No. 24097730
danielgarza@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax:(713) 589-8563

MOYA LAW FIRM

*/s/ Mario A. Moya*

Mario A. Moya (SBN 262059)
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510.926.6521
Fax: 510.340.9055
mmoya@moyalawfirm.com

**ATTORNEYS FOR PLAINTIFF DRONE LABS, LLC**

FEINBERG DAY ALBERTI LIM & BELLOLI LLP

*/s/ Marc Belloli*

Marc Belloli (SBN 244290)
Jeremiah Armstrong (SBN 253705)

1600 El Camino Real, Suite 280
Menlo Park, California 94025
Phone: 650.618.43623
Fax: 650.618.4368
mbelloli@feinday.com
jarmstrong@feinday.com

**ATTORNEYS FOR DEFENDANT DEDRONE HOLDINGS, INC.**