# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 3, 2019  **Time:** 2:32 – 3:08 = 36 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-01281-EMC  **Case Name:** Drone Labs, LLC v. Dedrone Holdings, Inc.

**Attorneys for Plaintiff:** Robert Garza, Mario Moya
**Attorneys for Defendant:** Mark Belloti; Jeremiah Armstrong

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Marla Knox

## PROCEEDINGS

[45] Motion to Dismiss;

Further Case Management Conference - not held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission.